UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:24-cv-10067-SHK | Date: | April 3, 2025 |
|---|---|---|---|
| Title: | *S.L.G. v. Leland Dudek,*[1] *Acting Comm'r of Soc. Sec'y* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

      Plaintiff filed a Complaint ("Complaint" or "Compl.") in this matter on November 21, 2024.  Electronic Case Filing Number ("ECF No.") 1, Compl.  On February 19, 2025, the parties filed a Stipulation for Extension of Time to File Plaintiff's Brief ("Stipulation" or "Stip."), which the Court granted the next day ("Order").  ECF No. 11, Stip.; ECF No. 12, Order.  Pursuant to the Stipulation and Order, Plaintiff's Opening Brief ("Brief") was due March 24, 2025.  Id. at 1.  As of the date of this Order, Plaintiff has not filed Plaintiff's Brief or otherwise participated in this litigation.

      Accordingly, Plaintiff is ordered to show cause by **April 11, 2025**, why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff can satisfy this order by filing Plaintiff's Brief by the date stated above.  **Plaintiff is warned that failure to satisfy this order may result in the case being dismissed for failure to prosecute and follow Court orders.**

      **IT IS SO ORDERED.**

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security.  Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.